IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIRAM IRIZARRY MARTINEZ, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-5863 |
| MICHAEL J. ASTRUE, Commissioner of | : | |
| Social Security, | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this *19th* day of *October*, 2011, upon consideration of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Docket No. 20), Plaintiff's Objections (Docket No. 21), and Defendant's Response (Docket No. 22), and upon careful review of the administrative record, it is hereby **ORDERED**, as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review is **DENIED**; and

4. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff. This case is now closed.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, J.